# *UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF VIRGINIA*
Norfolk DIVISION

**Wednesday, September 4, 2013**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT**: THE HONORABLE Mark S. Davis, District Judge
Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk: Matthew Carr                                    Reporter: Paul McManus

| Set: 9:30 a.m. | Started: 9:30 a.m. | Ended: 6:03 p.m. |
|---|---|---|

| |
|---|
| Case No.   2:13cr70 |
| United States of America |
| v. |
| Kassian Maritime Navigation Agency, Ltd. |
| Angelex Ltd., and Lambros Katsipis |
| |
| All counsel, representatives and interpreters present pursuant to adjournment on 9/3/13. |
| Defendant Lambros Katsipis present on bond. |
| Matter came on for continuation of trial with Jury. |
| The parties agreed to stipulate and substitute physical evidence (G28-A, G28-B, G28-C) for picture exhibits (G21-O and G21-P). |
| Government continued presentation of evidence. |
| Objections heard and rulings made. |
| Jurors excused until 9:30 a.m. on September 5, 2013. |
| Defendant Katsipis continued on present bond. |
| Court adjourned. |
| |
| |
| |
| |
|   Lunch:  1:15 p.m. - 2:15 p.m. |